# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NUMBER 3:19CR0074 (JCH) |
| vs. | : |
| SUNJI CRAMER | : NOVEMBER 15, 2019 |

## DEFENDANT'S SENTENCING MEMORANDUM

On August 9, 2019 the defendant, Sunji Cramer, entered a guilty plea to Count One of the Indictment charging him with Conspiracy to Distribute and Possess with Intent to Distribute Heroin, in violation of Title 21, United States Code, §§846, 841(a)(1), and 841(b)(1)(B). The United States Sentencing Guidelines establishes a Base Offense level of 24 for this offense. After three levels are subtracted for his prompt acknowledgement and affirmative acceptance of responsibility, Mr. Cramer's total offense level is lowered to 21. His criminal history has been calculated to be a category II. Based upon the foregoing guideline calculations, the defendant's sentencing range is 41-51 months. However, the stipulated drug quantity is more than 100 grams of heroin which triggers a mandatory minimum sentence of 60-months. In this memorandum Mr. Cramer will address the §3553 factors, including his history and character and the nature and circumstances of the offense, to show that a sentence of 60-months incarceration would be fair and just, and provide the appropriate punishment for this offense. See U.S.C. §3553(a).

I.   **SENTENCING ARGUMENTS & RECOMMENDATION**

   A.  **History & Character of the Defendant**

Sunji Cramer is a middle-aged man who has a history of drug use beginning at age 14, with marijuana being his drug of choice. He reports smoking marijuana every day, up to and including

1

the date of his arrest. However, in 2018 he also began mixing the marijuana with cocaine, but this was only done sporadically, occurring every couple of weeks. Over the years, he's also participated in several court sanctioned inpatient and outpatient drug programs, but the treatments he received do not appear to have resulted in any sustained abstinence.

The defendant was raised by his mother and step-father in low income housing.[1] His mother struggled with her own drugs issues for many years before overcoming them in later years. After Sunji's father passed, his mother met a man who helped raise him and became a father figure.[2] Growing up, Sunji reports a relatively uneventful childhood. He dropped out of school in the 12th grade and then began working.[3]

Shortly after leaving high school, Sunji met his wife, Sara, who resided in Connecticut. She had two children from a previous relationship, and was raising them as a single parent. They started dating and he then followed her to Connecticut where he's lived ever since. Over the course of their relationship Sunji and Sara had their own child together, Evelyn, who is 7 years old.[4] As a father, Sunji has always tried to provide financial support for his children and the majority of his employment has been in construction.

---

[1] Sunji's father was killed when the defendant was only 2 years old resulting from a domestic dispute.
[2] In 2016, Sunji's step-father died while in police custody for a narcotics related incident and the family is presently pursuing a lawsuit against the department.
[3] Sunji never attained his GED, however he is currently working towards achieving this goal at Wyatt.
[4] Sunji also has three other children from different mothers.

B. **Nature of the Offense**

The defendant does not have any issues with the facts set forth in the PSR about the offense conduct. Sometime in the early fall of 2018 Sunji reports receiving 50 grams of heroin from an acquaintance who was heading off to prison to serve his sentence. Being unfamiliar with the resale price of heroin, the defendant asked the acquaintance how much he could get for the dope. After being told the street price was between $75-80 per gram Sunji contacted Domingo Alves, a known Waterbury heroin distributor.[5] Sunji offered to sell him the heroin for $65/gram, and Alves agree to take the narcotic on consignment. Over the course of the next several weeks, Sunji contacted Alves by phone to find out when he would get paid. However, Alves kept stalling him and made excuses for the delay. Consequently, Sunji decided to tell Alves a story to prompt the payment. Sunji said his supplier in New Jersey needed to get paid before he would provide Sunji with more heroin. This finally got Alves to pay off his debt to him.

By all accounts, Sunji Cramer's involvement in the conspiracy was fairly limited in comparison to the other co-defendants. Nonetheless, the offense is serious and Sunji recognizes that he must be held accountable for this actions.

C. **Recommendations**

After being detained for the past 8-months on the federal charge Sunji Cramer's had plenty of time to reflect on his life and where his future might lead. He recognizes that the years ahead of him look pretty grim if he does not take steps to change his lifestyle. First and foremost, the

---

[5] Having lived at one time in Waterbury, Sunji was familiar with Alves because they had rolled dice together.

3

defendant needs to find lawful employment upon his release which is not just seasonal work. This type of full-time employment will not only keep him busy throughout the weeks and years, but also limit the amount of idle time that occurs where defendants often get themselves into trouble.

Equally important to finding employment is for Sunji Cramer to properly address his substance abuse issues. Smoking marijuana on a daily basis cannot be a lifestyle choice for him. This has not served him well in the past and will likely be harmful for his future. Accordingly, Sunji must completely abstain from marijuana use and find other therapeutic outlets for relaxation. He reports "thinking more clearly" when he's busy and not using illicit substances. Maybe some form of mental health counseling would be beneficial to him since he reports never having received any such treatment in the past.

If Sunji Cramer follows this simple blue print during his supervision, he increases his chances exponentially of living the remainder of his life crime free. This is something he desperately wants to achieve so he can be there for his family. In order to lend support to Sunji Cramer's attainable goal, he is asking the Court to recommend that he participate in the BOP's Residential Drug Abuse Program (RDAP). This will help him acquire positive reinforcement of sobriety as he works his way through his prison sentence. The defendant is also asking the Court to recommend a BOP facility as close to Connecticut as possible, preferably FCI Danbury, so he can maintain and nurture his relationship with his family.

## II.     CONCLUSION

As cited above, a fundamental principle of sentencing is that a court "shall impose a sentence sufficient, but not greater than necessary" to meet specified sentencing goals, including the goal of "just punishment." *See* 18 U.S.C. §3553(a). Sunji Cramer understands fully that he

stands convicted of a serious federal drug crime and that this conviction has significant consequences. Based upon the foregoing arguments, counsel respectfully submits that a sentence of 60-months imprisonment would provide just punishment and promote proper respect for the law.

Respectfully submitted,
The Defendant – Sunji Cramer

/s/ *William H. Paetzold*
William H. Paetzold
Moriarty, Paetzold & Sherwood
2230 Main Street
Glastonbury, CT  06033
Tel. (860) 657-1010
Fax (860) 657-1011
Federal Bar No.: ct10074

## CERTIFICATION

This is to certify that the foregoing was filed electronically on November 15, 2019 to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *William H. Paetzold*
William H. Paetzold

# EXHIBIT A

Letter to the Court from Sunji Cramer

Dec. 3, 2019

1 of 1

Good Afternoon your Honorable Judge Janet. C. Hall. Good Afternoon AUSA Dave Vatti, Good Afternoon to The Courtroom As well As my Loved ones, Family That are present Here today for my Sentencing Before Honorable Judge Hall.

I would like to take this time before I Begin my Letter to the Court, The Honorable Judge Hall, I say that I Sincerely Apologize to The Court, my Family for my Involvement in this Federal offense in which I was picked up on A Federal warrant.

I know I can't undo the Fact that I was Apart of The problem I Let my wife & kids Down.

Your Honor my life was Far From perfect, my Behavior early on in Life involved Alot of Things That An immature drug Addicted young man didn't Have A clue As to How doing drugs led me to making poor decisions effecting my life long term.

Thanks for your time for Allowing me to share my letter please enjoy And Have A wonderful Day.

Surge Cromer
26277014